**Opinion issued October 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-18-00745-CV

—————————————

## DONALD HALL AND CONNIE B. HALL, Appellants

## V.

## JEVON COFIELD AND OLIVIA COFIELD, Appellees

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2018-24840

## MEMORANDUM OPINION

Appellants, Donald Hall and Connie B. Hall, have filed an unopposed motion to dismiss their appeal. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.